

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**ELIZABETH KRASNOW**
Assistant Corporation Counsel
phone: (212) 356-2338
fax: (212) 788-9776
email: ekrasnow@law.nyc.gov

August 14, 2013

**BY ECF**
Honorable Steven M. Gold
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Smith v. Grant, et al*., 12 CV 4158 (ILG)(SMG)

Dear Judge Gold:

I write to inform the Court that the parties have reached a settlement concerning plaintiff Alfred Smith's claims against the City of New York, Detective Delano Grant, Detective Walter Lynch, and Police Officer Raymond Phillips (collectively, "City defendants"). I have provided the necessary settlement paperwork to Mr. LeBow and we expect to file a Stipulation and Order of Dismissal for Judge Glasser's endorsement within the next week. In light of the settlement, the City defendants will not be filing their anticipated summary judgment motion on August 16th.

Respectfully submitted,

/s/
Elizabeth Krasnow
Assistant Corporation Counsel

cc: **BY ECF**
James LeBow, Esq.
Francis Hatch, Esq.