# WHITE & MCSPEDON, P.C.

ATTORNEYS AT LAW

875 AVENUE OF THE AMERICAS, SUITE 800
NEW YORK, NEW YORK 10001
TEL:(212) 564-6633
FAX: (212) 564-9799

KINDLY RESPOND TO NY OFFICE

FRANCES NOREK HATCH, ESQ.
fhatch@whitemcspedon.com

4 AUER COURT
EAST BRUNSWICK, NEW JERSEY 08816

August 28, 2014


Honorable Steven M. Gold
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Alfred Smith v. Citigroup, Inc. et al, 12 CV 4158 (ILG)(SMG)

Dear Judge Gold:

    As you have been previously advised by co defendant City of New York, this case has been settled. Enclosed is a fully executed Stipulation and Order of Discontinuance with prejudice on behalf of defendant Citigroup Inc.

    We request that this Stipulation be So Ordered and that all claims and cross claims by or against defendant Citigroup Inc. be discontinued with prejudice.

    Very truly yours,

    Frances N. Hatch

CC/By ECF:

James B. LeBow, Esq.
Corporation Counsel, Elizabeth N. Krasnow

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ALFRED SMITH,

                              Plaintiff,

- against -

DELANO GRANT, in his individual capacity,
RAYMOND PHILLIPS, in his individual capacity,
WALTER LYNCH, in his individual capacity,
MANHATTAN APARTMENTS SERVICES, LLC,
CITIGROUP INC., and THE CITY OF NEW YORK,

                              Defendants.
----------------------------------------------------------------x

Index No. CV 12-4158

**STIPULATION AND ORDER OF DISCONTINUANCE AS TO CITIGROUP INC.**

      WHEREAS, plaintiff commenced this action by filing a Complaint on or about August 29, 2012, in the Eastern District of New York, alleging that defendants, City of New York, New York City Police Officers, Delano Grant, Raymond Phillips, Walter Lynch (hereinafter "City defendants"), and Citigroup, Inc., violated his rights under Federal and State law, and

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

      1.    All Federal and State claims brought by plaintiff, Alfred Smith, against the defendant, Citigroup Inc., as set forth throughout the Complaint and amended Complaints are hereby discontinued with prejudice and without costs or fees to any party;

      2.    All Federal and State cross-claims brought by and against Citigroup Inc., and the City defendants are discontinued with prejudice and without costs or fees to any party.

Dated: New York, New York
           August 21, 2013

WHITE & McSPEDON, P. C.
*Attorneys for Defendants*
*Citigroup Inc.*
875 Avenue of the Americas, Suite 800
New York, New York 10001
(212) 564-6633

By: _____
     (Frances Norek Hatch, Esq.

LEBOW AND ASSOCIATES, PLLC
*Attorneys for Plaintiff*
570 Lexington Avenue, 16th Fl
New York, New York 10022
(212) 868-3311

By: _____
     James B. Lebow, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorneys for Defendant,*
*City of New York, Delano Grant,*
*Walter Lynch and Raymond Phillips*
100 Church Street – Room 3-172
New York, New York 10007
(212) 788-0976

*/s/ Elizabeth Krasnow*
_____
By:   Elizabeth Krasnow


**No Appearance:**
MANHATTAN APARTMENT SERVICE LLC
111 Wall Street
New York, NY 10005




**So Ordered:**


_____
Hon. Steven M. Gold
Chief United States Migisrate Judge
Eastern District of New York