UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

ALFRED SMITH,

                                                    Plaintiff,

                            -against-

DELANO GRANT, et al.,

                                                    Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

12 CV 4158 (ILG)(SMG)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.  The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

JAMES LEBOW
*Attorney for Plaintiff*
570 Lexington Avenue, 16th Floor
New York, New York 10022
(212) 868-3311


By: _____
    James Lebow
    *Attorney for Plaintiff*


Dated: New York, New York
    _____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for City Defendants*
100 Church Street
New York, New York 10007
(212) 356-2336


By: _____
    Elizabeth N. Krasnow
    *Assistant Corporation Counsel*

SO ORDERED:
                s/ILG

_____
HON. I. LEO GLASSER
UNITED STATES DISTRICT JUDGE