# WHITE & MCSPEDON, P.C.

ATTORNEYS AT LAW

875 AVENUE OF THE AMERICAS, SUITE 800
NEW YORK, NEW YORK 10001
TEL:(212) 564-6633
FAX: (212) 564-9799

KINDLY RESPOND TO NY OFFICE

FRANCES NOREK HATCH, ESQ.
fhatch@whitemcspedon.com

4 AUER COURT
EAST BRUNSWICK, NEW JERSEY 08816

September 9, 2013

Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:   Alfred Smith v. Citigroup, Inc. et al, 12 CV 4158 (ILG)(SMG)**

Dear Judge Glasser:

We represent defendant Citigroup, Inc. with respect to this case, which has been settled by all parties. While Your Honor dismissed this case by Order dated 8/29/13, that Stipulation and Order was submitted by counsel for the City defendants and did not include Citigroup.

Therefore, on 8/28/13 we submitted letter and a Stipulation and Order apparently incorrectly directed to Magistrate Judge Gold, which was executed by counsel for all appearing parties, those being, the plaintiff, the City defendants and Citigroup. Defendant Manhattan Apartments Services LLC did not appear. This Order has not been signed.

That stipulation, which has been modified to reflect that this request is directed to Your Honor, accompanies this letter. We request that this Stipulation executed by all parties be So Ordered and that the file reflect that all claims and cross claims by or against defendant Citigroup Inc. are discontinued with prejudice, as well.

Very truly yours,

Frances N. Hatch

CC/By ECF:

James B. LeBow, Esq.
Corporation Counsel, Elizabeth N. Krasnow

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ALFRED SMITH,

       Plaintiff,

- against -

DELANO GRANT, in his individual capacity,
RAYMOND PHILLIPS, in his individual capacity,
WALTER LYNCH, in his individual capacity,
MANHATTAN APARTMENTS SERVICES, LLC,
CITIGROUP INC., and THE CITY OF NEW YORK,

       Defendants.
----------------------------------------------------------------x

Index No. CV 12-4158

STIPULATION AND ORDER
OF DISCONTINUANCE AS TO
CITIGROUP INC.

  **WHEREAS**, plaintiff commenced this action by filing a Complaint on or about August 29, 2012, in the Eastern District of New York, alleging that defendants, City of New York, New York City Police Officers, Delano Grant, Raymond Phillips, Walter Lynch (hereinafter "City defendants"), and Citigroup, Inc., violated his rights under Federal and State law, and

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

  1. All Federal and State claims brought by plaintiff, Alfred Smith, against the defendant, Citigroup Inc., as set forth throughout the Complaint and amended Complaints are hereby discontinued with prejudice and without costs or fees to any party;

  2. All Federal and State cross-claims brought by and against Citigroup Inc., and the City defendants are discontinued with prejudice and without costs or fees to any party.

Dated: New York, New York
   August 21, 2013

WHITE & McSPEDON, P. C.
*Attorneys for Defendants*
*Citigroup Inc.*
875 Avenue of the Americas, Suite 800
New York, New York 10001
(212) 564-6633


By: ____Frances Norek Hatch, Esq.____

LEBOW AND ASSOCIATES, PLLC
*Attorneys for Plaintiff*
570 Lexington Avenue, 16th Fl
New York, New York 10022
(212) 868-3311


By: ____James B. Lebow, Esq.____

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorneys for Defendant,*
*City of New York, Delano Grant,*
*Walter Lynch and Raymond Phillips*
100 Church Street – Room 3-172
New York, New York 10007
(212) 788-0976

*Elizabeth Krasnow*
_____
By:   Elizabeth Krasnow


**No Appearance:**
MANHATTAN APARTMENT SERVICE LLC
111 Wall Street
New York, NY 10005


**So Ordered**:


_____
Hon. I. Leo Glasser
United States District Judge
Eastern District of New York