UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ALFRED SMITH,                                                        Notice of Voluntary Dismissal
                                                                     Pursuant to F.R.C.O. 41 (a)(1)(i)

            Plaintiff                              Docket Number : 12cv4158

        -against

Delano grant, in his individual capacity,
John Doe, in his individual capacity,
Manhattan Apartments Services, LLC,
Citigroup Inc., and the City of New York,

        Defendants
_____x

Notice of Voluntary Dismissal Pursuant to F.R.C.O. 41 (a)(1)(i)

Pursuant to F.R.C.O. 41 (a)(1)(i) of the Federal Rules of Civil Procedure, the

Plaintiff Alfred Smith and their counsel, hereby give notice that the above-

Captioned Action is voluntarily dismissed, without prejudice against the defendant

Manhattan Apartment Services, LLC.

Date: Sept. 10, 2013                              LeBow and Associates, PLLC

                                                     /s/ James LeBow

                                                     ---------------------------------
James LeBow(jl4535)
570 Lexington Ave., 16th Floor
New York, NY 10022
212-8686-3311